THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DESIREE KEEFE,<br><br>        Plaintiff,<br>   v.<br><br>CROWNE PLAZA HOTEL SEATTLE, *et al.*,<br><br>        Defendants. | CASE NO. C17-0177-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the complaint (Dkt. No. 25). The Court, finding good cause, GRANTS the motion. Plaintiff is ORDERED to file the non-redlined amended complaint, as attached to the motion as Exhibit A, (*id.* at 5), by May 4, 2017.

DATED this 27th day of April 2017.

                    William M. McCool
                    Clerk of Court

                    s/Paula McNabb
                    Deputy Clerk